**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

—————

**No. 02-7179**

—————

DAVID L. CARTER,

Petitioner - Appellant,

versus

ORINDA EVANS; KATHLEEN HAWK SAWYER, Custodian;
WILLIAM H. HARPER; ARTHUR F. BEELER; CFO-FMC
BUTNER; STATE OF NORTH CAROLINA,

Respondents - Appellees.

—————

Appeal from the United States District Court for the Middle
District of North Carolina, at Greensboro.  Frank W. Bullock, Jr.,
District Judge.  (CA-02-423-1)

—————

Submitted:  December 16, 2002      Decided:  December 19, 2002

—————

Before LUTTIG, MICHAEL, and MOTZ, Circuit Judges.

—————

Affirmed by unpublished per curiam opinion.

—————

David L. Carter, Appellant Pro Se.

—————

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

David L. Carter, a federal prisoner, appeals the district court's order adopting the recommendation of the magistrate judge and dismissing without prejudice his petition filed under 28 U.S.C. § 2241 (2000). We have reviewed the record and find no reversible error. Accordingly, we affirm on the reasoning of the district court. See Carter v. Evans, No. CA-02-423-1 (M.D.N.C. June 28, 2002). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED

2